| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date & Time:<br>May 23, 2018 at 10:00 a.m. |

-----------------------------------------------------------------x

In re:

ELZENA HUFFMAN,                                                             Case No: 18-10513-mkv
                                                                                                    Chapter 7

                Debtor.

-----------------------------------------------------------------x

## DEBTOR'S MOTION TO AMEND HER
## SOCIAL SECURITY NUMBER

**ERRONEOUS SOCIAL SECURITY NUMBER xxx-xx-4598**
**CORRECTED SOCIAL SECURITY NUMBER xxx-xx-4598**

**TO:**   **THE HONORABLE MARY KAY VYSKOCIL,**
       **UNITED STATES BANKRUPTCY JUDGE**

       **ELZENA HUFFMAN**, the chapter 7 debtor in the above-captioned proceeding (the "Debtor"), by her undersigned counsel, moves this Court for authority to amend her social security number that was improperly provided to the Clerk's Office when her chapter 7 petition was filed. In support of the relief requested, Debtor states the following:

       1.      On February 26, 2018, Debtor commenced this proceeding by filing a voluntary chapter 7 petition in bankruptcy with this Court.

       2.      Judge Mary Kay Vyskocil was appointed as the Bankruptcy Judge.

       3.      On February 27, 2018, Albert Togut was appointed as the chapter 7 trustee ("Trustee"), has qualified as Trustee, and is administering the Debtor's estate.

       4.      On April 18, 2018, Debtor appeared with her undersigned counsel for her examination before the Trustee pursuant to section 341 of the Bankruptcy Code (the "341 Meeting").

5. During the 341 Meeting, Debtor advised the Trustee that her social security appearing in the notice of the meeting that was sent to creditors was mistaken in one digit. After Debtor's counsel represented that he would take appropriate action to correct the mistake, the Trustee conducted the examination of Debtor. The Trustee closed the 341 meeting subject to reopening if Debtor did not correct this error. Debtor has filed this Motion to correct the error and consistent with her counsel's representation.

6. In reviewing the matter, Debtor's counsel believes he committed a scrivener's error when electronically filing Debtor's petition by inadvertently typing in one number for another in one of the first 5 digits of Debtor's social security number. The final 4 digits of the Debtor's social security number were inputted correctly.

7. Debtor's counsel regrets the error and the imposition on the Court, the Debtor, the Trustee and other parties. Counsel is not charging the Debtor for any services in connection with this Motion including preparation, appearance at this hearing and service of the required notice if this Motion is granted.

8. Debtor's counsel is aware of the Court's requirement that, after entry of an order approving this Motion, the Debtor must (i) provide notice of the correct nine digits of the Debtor's social security number to all creditors and parties in interest, and (ii) file with the Clerk's Office an affidavit of service after notice has been properly sent. On behalf of Debtor, counsel will promptly comply with these requirements after an order is entered.

9. A copy of the Motion has been provided to the Trustee. Copies of the original and the amended Official Form 121 have been delivered to the Clerk's Office (together with a copy of this Motion) in accordance with the Court's rules.

**WHEREFORE**, based on the foregoing, the Debtor requests entry of the proposed order attached hereto as Exhibit A, and the granting of any other relief the Court deems just and correct.

        **LAW OFFICE OF ANTHONY M. VASSALLO**
*Attorney for the Debtor*

By:   /s/Anthony M. Vassallo

305 Fifth Avenue
Brooklyn, NY 11215
(347) 464-8277